## LANGDON *v.* HADLEY.

[No. 12,559. Filed February 26, 1926. Rehearing denied December 28, 1926.]

MARRIAGE.—*Guardian not authorized to maintain action in his own name to set aside his ward's marriage.*—A guardian has no authority to maintain an action in his own name as guardian to set aside his ward's marriage because of the ward's insanity.

From Marion Superior Court (30,501); *Sidney S. Miller,* Judge.

Action by Roy Langdon, as guardian of William Langdon, a person of unsound mind, against Grace Hadley, known as Grace Langdon. From a judgment for defendant, the plaintiff appeals. *Affirmed.* By second division.

*Roemler, Carter & Rust,* for appellant.
*Clarke & Clarke,* for appellee.

DAUSMAN, J.—Roy Langdon, as guardian of William Langdon, filed in the trial court a complaint to set aside the marriage of his ward. It is averred in the complaint that the guardian was appointed June 25, 1924; that about ten months prior thereto, William Langdon was married to one Grace Hadley, now known as Grace Langdon; that at the time of the marriage, William Langdon, the plaintiff's ward, was insane; and that therefore the marriage is void. The trial court sus-

tained a demurrer to the complaint, and that ruling is the only error assigned.

The guardian has no authority to maintain the action. *Pence* v. *Aughe, Gdn.* (1885), 101 Ind. 317.

Judgment affirmed.